ENTERED ON DOCKET
9-27-99 PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUISA LOPEZ ITHIER, et al.,
   v.
CADILLAC INDUSTRIES INC., et al.

CASE NUMBER: 98-2226 (DRD)

| JUDGMENT |
|---|
| In accordance with the Order of this same date, this case is **DISMISSED**. IT IS SO ADJUDGED AND DECREED. |

Date: September 22, 1999

(fr) DANIEL R. DOMINGUEZ
U.S. District Judge

P:\PEACHORD ERS\98-2226 DIS

RECEIVED & FILED
1999 SEP 27 AM 9:03
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

Rec'd:    EOD:

By: _____ # 23