UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Luisa Lopez Ithier, et al.    CIVIL NO. 98-2226 (DRD)

v.

Defendant(s) Cadillac Industries Inc., et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 24 | ☐ GRANTED. |
| Date: October 29, 1999 | ☐ DENIED. |
| Title: Motion Of Resignation To Legal Representation | ☒ MOOT. |
| | ☐ NOTED. |

Moot. This case has been dismissed on September 22, 1999.
IT IS SO ORDERED.

RECEIVED AND FILED
99 NOV 10 AM 9:04
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

Date: 11/08/95

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE